Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 5 2012

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-63-LRS |
| Plaintiff, | INDICTMENT |
| vs. | Vio: 18 U.S.C. § 342 Operation of a Common Carrier Under the Influence of Alcohol |
| PAUL R. ROESSLER, | |
| Defendant. | |

The Grand Jury Charges:

On or about April 26, 2012, in the Eastern District of Washington, and elsewhere, PAUL R. ROESSLER, Defendant herein, unlawfully operated and directed the operation of a common carrier while under the influence of alcohol, to wit: PAUL R. ROESSLER was the pilot and sole occupant of a twin engine PA-34 aircraft, flying for Airpac Airlines, Inc., a contract cargo operator in Seattle, Washington, and operated said aircraft from Boeing Field, Seattle, Washington to

INDICTMENT - 1
06-05-12 Roessler Indictment. wpd.wpd

Spokane International Airport, in Spokane, Washington, all in violation of 18 U.S.C. § 342

DATED this 5 day of June, 2012.

A TRUE BILL

*Michael C. Ormsby by*
Michael C. Ormsby
United States Attorney

*Stephanie J. Lister*
Stephanie J. Lister
Assistant United States Attorney

INDICTMENT - 2
06-05-12 Roessler Indictment. wpd.wpd