PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Paul R. Roessler | Case Number: 0980 2:12CR00063-001 |
| Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: November 14, 2013 | Type of Supervision: Probation |
| Original Offense: Operation of a Common Carrier Under the Influence of Alcohol, 18 U.S.C. § 342 | Date Supervision Commenced: November 14, 2013 |
| Original Sentence: Prison - Probation - 24 Months | Date Supervision Expires: November 13, 2015 |

### PETITIONING THE COURT

To modify the conditions of supervision by removing the following special condition:

15  You shall participate in the home confinement program for 120 days.  You shall abide by all the requirements of the program, which will not include electronic monitoring or other location verification system.  You shall pay all or part of the costs of the program based upon your ability to pay.  You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervision officer.

### CAUSE

The offender has been on a curfew call-in process for approximately 75 days, and has shown continued compliance with his home confinement condition, as well as all other conditions of supervised release.  Due to his compliance with supervised release, the undersigned respectfully recommends that the home confinement condition be terminated and removed.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | by | s/Shane Moore |
| | | Shane Moore<br>U.S. Probation Officer<br>Date: February 3, 2014 |

Case 2:12-cr-00063-LRS    Document 162    Filed 02/03/14

Prob 12B
**Re: Roessler, Paul R.**
**February 3, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

February 3, 2014.
_____
Date